**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **YUSUF SUFI**, | : | Case No. 2:13-cv-00338-GLP-TPK |
| PLAINTIFF, | : | |
| | : | |
| v. | : | JUDGE FROST |
| | : | |
| **EXEL, INC.** | : | |
| DEFENDANT. | : | MAGISTRATE JUDGE KEMP |

**STIPULATED NOTICE OF DISSMISAL WITH PREJUDICE**

**NOW COME** all parties, Plaintiff, Yusuf Sufi and Defendant, Exel, Inc., by and through counsel, pursuant to Federal Civil Rule 41(a)(1)(A)(ii) hereby give notice of the dismissal of this action, with prejudice. Each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Fred G. Pressley, Jr.* | */s/ Romin Iqbal* |
| Fred G. Pressley, Jr. (0023090), | Romin Iqbal (0080146), Trial Attorney |
| Leigh Anne Benedic (0082120) | Jennifer Nimer (0079475) |
| PORTER, WRIGHT, MORRIS & ARTHUR LLP | COUNCIL ON AMERICAN-ISLAMIC RELATIONS, OHIO |
| 41 South Street, Suites 2800-3200 | 1505 Bethel Road, Ste. 200 |
| Columbus, Ohio 43215-6194 | Columbus, OH 43220 |
| Phone: (614) 227-2000 | Phone: (614) 451-3232 |
| Fax: (614) 227-2100 | Fax: (614) 451.3222 |
| fpressley@porterwright.com | riqbal@cair.com |
| lbenedic@porterwright.com | jnimer@cair.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |